UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RONNIE LEE DUNAGAN                                              PLAINTIFF

VS.                                     CIVIL ACTION NO. 3:20CV520TSL-RPM

BILLY SOLLIE, ET AL.                                          DEFENDANTS

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert P. Myers, and the court, having fully reviewed the report and recommendation entered in this cause on April 26, 2021, and being duly advised in the premises and there being no objection filed by any party finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert P. Myers entered on April 26, 2021, be, and the same is hereby adopted as the finding of the court.  It follows that plaintiff's complaint is dismissed for failure to prosecute.

A separate judgment will be entered in accordance with Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 17th day of May, 2021.

/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE